1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON HUTNICK**<br>**xxx-xx-5963**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No. 12-2243 AC<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file his summary judgment is hereby extended from February 25, 2013, to March 15, 2013. This is plaintiff's first requested extension and is required due to plaintiff's counsel's need to complete a brief on an older case.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: February 25, 2013 | BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: February 25, 2013 | Benjamin B. Wagner<br>United States Attorney |
| | Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/ Carolyn B. Chen<br>CAROLYN B. CHEN |
| | Special Assistant United States Attorney |
| | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 25, 2013.

_allison Claire_

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE