BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JASON HUTNICK,<br>    Plaintiff,<br>v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | Case No. 2:12-CV-02243-AC<br><br>STIPULATION AND PROPOSED ORDER FOR A FIRST EXTENSION OF 45 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 45 days to respond to Plaintiff's Motion for Summary Judgment. This is the first continuance sought by Defendant. Defendant's counsel requests additional time due to a recent and unanticipated reassignment of work assigned to Defendant's counsel that could not be reassigned to another attorney, thus causing an unanticipated increase of press of business. In addition, Defendant's counsel has 9 district court briefs due in the next month. Thus, Defendant's counsel would appreciate the additional time to fully research the issues presented by Plaintiff's 47-page memorandum of points and authorities. The current due date is April 26, 2013. The new due date will be June 10, 2013.

Stip. & Prop. Order to Extend                  1

1 | The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Defendant's counsel apologizes to the Court and to Plaintiff for any inconveniences caused by this extension.

                                    Respectfully submitted,

Dated: April 24, 2013           *s/ Bess M. Brewer*
                                    (As authorized by email on 4/24/2013)
                                    BESS M. BREWER
                                    Attorney for Plaintiff

Date: April 24, 2013             BENJAMIN B. WAGNER
                                    United States Attorney

                                By *s/ Carolyn B. Chen*
                                    CAROLYN B. CHEN
                                    Special Assistant U. S. Attorney

                                    Attorneys for Defendant

                                    <u>ORDER</u>

APPROVED AND SO ORDERED:

DATED: April 25, 2013.

                                    ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE