1  BENJAMIN B. WAGNER
   United States Attorney
2  GRACE M. KIM
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  CAROLYN B. CHEN
5  Special Assistant United States Attorney
          160 Spear Street, Suite 800
6         San Francisco, California 94105
          Telephone:  (415) 977-8956
7         Facsimile:  (415) 744-0134
8         E-Mail: Carolyn.Chen@ssa.gov

9  Attorneys for Defendant

                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                        SACRAMENTO DIVISION

| | |
|---|---|
| JASON HUTNICK, | Case No. 2:12-CV-02243-AC |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER FOR |
| MICHAEL J. ASTRUE, | A FIRST EXTENSION OF 45 DAYS FOR |
| Commissioner of Social Security, | DEFENDANT TO RESPOND TO PLAINTIFF'S |
| Defendant. | MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 45 days to respond to Plaintiff's Motion for Summary Judgment.  This is the first continuance sought by Defendant.  Defendant's counsel requests additional time due to a recent and unanticipated reassignment of work assigned to Defendant's counsel that could not be reassigned to another attorney, thus causing an unanticipated increase of press of business.  In addition, Defendant's counsel has 9 district court briefs due in the next month.  Thus, Defendant's counsel would appreciate the additional time to fully research the issues presented by Plaintiff's 47-page memorandum of points and authorities.  The current due date is April 26, 2013.  The new due date will be June 10, 2013.

Stip. & Prop. Order to Extend                    1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Defendant's counsel apologizes to the Court and to Plaintiff for any inconveniences caused by this extension.

                                    Respectfully submitted,

Dated: April 24, 2013            *s/ Bess M. Brewer*
                                    (As authorized by email on 4/24/2013)
                                    BESS M. BREWER
                                    Attorney for Plaintiff

Date: April 24, 2013              BENJAMIN B. WAGNER
                                    United States Attorney

                               By *s/ Carolyn B. Chen*
                                    CAROLYN B. CHEN
                                    Special Assistant U. S. Attorney

                                    Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

DATED: April 25, 2013.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order to Extend        2